IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**v.**                      **Case No. 4:18-CR-00376-01-LPR**

**LOUIS G. WIMBLEY**                                                                   **DEFENDANT**

## ORDER

For the same reasons set out in the June 28, 2024 Order,[1] Defendant's Motion to Reduce Sentence (Doc. 83) is DENIED.

IT IS SO ORDERED this 19th day of July, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 81.